UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00240-RJC

| | |
|---|---|
| DONALD LOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand to Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 10). Upon further review of this case, Defendant seeks a judgment remanding the case for further administrative proceedings. Defendant has obtained Plaintiff's consent to the remand. (*Id.*). For the reasons stated in the motion, it is **GRANTED**. Accordingly, the Court hereby remands this case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed. 2d 78 (1991).

**IT IS SO ORDERED**.

Signed: October 28, 2024

Robert J. Conrad, Jr.
United States District Judge

1